1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   MYNOR RODRIGUEZ,                          1:09-cv-00372-SMS (HC)

12                  Petitioner,
                                               ORDER AUTHORIZING
13        vs.                                  IN FORMA PAUPERIS STATUS

14   KEN CLARK,

15                  Respondent.
                                          /
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.

20

21

22   IT IS SO ORDERED.

23   **Dated:    March 30, 2009**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28